MARTIN, Circuit Judge,
concurring in the judgment:
I agree with the majority’s conclusion that Sami Osmakac’s convictions and sentence are due to be affirmed because he has shown no reversible error. I also agree that the District Court did not abuse its discretion in denying Mr. Osmakac’s requests for disclosure of the FISA materials.
With regard to Mr. Osmakac’s challenge to the certifications made in support of the FISA applications, the majority’s statement of the standard we use to review FISA applications exceeds the facts that confront us here. While Mr. Osmakac seeks access to a full array of FISA documents, his challenge is to the certifications. As to those certifications, the majority opinion accurately states that we subject them to only minimal scrutiny.
Finally, Mr. Osmakac abandoned his Confrontation Clause argument, Singh v. U.S. Att’y Gen., 561 F.3d 1275, 1278 (11th Cir. 2009) (per curiam), so I would not have reached it.